80160-766-23
David Seror [State Bar No. 67488]
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA 90212-2974
Telephone: (310) 281-6361
Facsimile: (310) 887-6801
Email: serortrustee@ccjlaw.com

Chapter 7 Trustee

FILED
AUG 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re

VIKING AVIATION INC

           Debtor.

Case No. 1:05-bk-19879-KT
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**
**3011**

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1029 in the sum of $18.83 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: August _18_, 2010

_____
DAVID SEROR
Chapter 7 Trustee

-1-

| CLAIMANT: | AMOUNT: |
|---|---|
| Transworld Systems, Inc.<br>c/o Jay Tenenbaum<br>2323 West Lincoln Avenue, # 127<br>Anaheim, CA 92801 | $11.75 |
| Jaxx Flying Service, Inc.<br>1938 Paula Lane<br>Holtville, CA 92250 | $7.08 |